# ATTACHMENT 1



Pickup <u>Today, 5:00 PM EDT</u> from 3100 Queens Chapel Road  1



# Mid Atlantic Seafood Hyattsville
You can pick up your order at 3100 Queens Chapel Road

**Cocktails to go (16oz)**   Appetizers   Stuffed Seafood Only   Stuffed Seafood with 2 SIDES   ›   Search

## Cocktails to go (16oz)


**Blue Motorcycle**
$10.00
Must be at least 21 years old. Photo I.D Required upon arrival.


**Jungle Juice**
$10.00
Must be at least 21 years old. Photo I.D Required upon arrival.


**Long Island Iced Tea**
$10.00
Must be at least 21 years old. Photo I.D Required upon arrival.


**Patron Cadillac Margarita**
$15.00
Must be at least 21 years old. Photo I.D Required upon arrival.


**Rum Punch**
$10.00
Must be at least 21 years old. Photo I.D Required upon arrival.


**Sangria**
$10.00
Must be at least 21 years old. Photo I.D Required upon arrival.


**Tokyo Tea**
$10.00
Must be at least 21 years old. Photo I.D Required upon arrival.


**Mango Margarita**
$10.00
Must be at least 21 years old. Photo I.D Required upon arrival.

**Strawberry Margarita**
$10.00

**Pomegranate Margarita**
$10.00



**Strawberry Hennessy**
$15.00

## Appetizers


**Breaded Mushrooms**
$6.99


**Calamari**
$10.99


**Clam Strips**
$9.99


**Fried Okra**
$5.99+


**Jalapeño Poppers**
$7.99


**Mozzarella Sticks**
$6.99


**Onion Rings**
$6.99


**Sweet Potato Fries**
$4.99


**Zucchini Sticks**
$6.99


**Salmon Cake Bites**
$8.99


**Steak & Cheese Quesadilla**
$11.99


**Chicken Quesadilla**
$11.99

## Stuffed Seafood Only
Stuffed with jumbo lump crab meat



**3 Stuffed Shrimp Only**
$14.99
Fried



**5 Stuffed Shrimp Only**
$22.99
Fried

## Stuffed Seafood with 2 SIDES
Stuffed with jumbo lump crab meat



**3 Stuffed Shrimp with 2 SIDES**
$19.99
Fried



**5 Stuffed Shrimp with 2 SIDES**
$27.99
Fried



**Stuffed Flounder with 2 SIDES**
$26.99



**Stuffed Salmon with 2 SIDES**
$30.99



**Stuffed Tilapia with 2 SIDES**
$23.99



**Stuffed Whiting with 2 SIDES**
$22.99

## Seafood Combinations Only



**10 Fried Oysters Only**
$9.99



**10 Fried Scallops Only**
$9.99


**7 Fried Crabsticks Only**
$8.99


**Popcorn Shrimp Only**
$9.99


**Coconut Shrimp Only**
$9.99


**6 Fried Jumbo Shrimp with 7 Fried Oysters Only**
$13.99


**6 Fried Jumbo Shrimp with 7 Fried Scallops Only**
$13.99


**6 Fried Jumbo Shrimp with 2 Fried Fish Fillets Only**
$13.99


**1 PC Fried Crab Cake Only**
$15.99


**2 PC Fried Crab Cakes Only**
$29.99


**2 Soft Shell Crabs Only**
$15.99


**2 Salmon Cakes Only**
$10.99

## Seafood Combinations with 2 SIDES


**7 Fried Jumbo Shrimp with 2 SIDES**
$14.99


**10 Fried Oysters with 2 SIDES**
$14.99



**10 Fried Scallops with 2 SIDES**
$14.99



**7 Fried Crabsticks with 2 SIDES**
$13.99



**Popcorn Shrimp with 2 SIDES**
$14.99



**Coconut Shrimp with 2 SIDES**
$14.99



**6 Fried Jumbo Shrimp with 7 Fried Oysters with 2 SIDES**
$18.99



**6 Fried Jumbo Shrimp with 7 Fried Scallops with 2 SIDES**
$18.99



**6 Fried Jumbo Shrimp with 2 Fried Fish Fillets with 2 SIDES**
$18.99



**2 Fried Fish Fillets with 7 Fried Oysters with 2 SIDES**
$18.99



**2 Fried Fish Fillets with 7 Fried Scallops with 2 SIDES**
$18.99



**1 PC Fried Crab Cake with 2 SIDES**
$20.99



**2 PC Fried Crab Cakes with 2 SIDES**
$34.99



**2 Fish Fillets, 2 Shrimp, 2 Scallops, 2 Oysters with 2...**
$17.99
Fried




**2 Fish Fillets, 3 Shrimp, 3 Scallops with 2 SIDES**
$17.99
Fried



**2 Fish Fillets, 3 Shrimp, 3 Oysters with 2 SIDES**
$17.99
Fried


**3 Shrimp. 3 Oysters, 3 Scallops, 3 Crabsticks with 2...**
$17.99
Fried


**1 PC Bone-In Croaker, 3 Shrimp, 3 Crabsticks with 2...**
$17.99
Fried


**5 Shrimp, 1 Crab Cake with 2 SIDES**
$25.99
Fried

**3 Shrimp, 1 Crab Cake, 1 Fish Fillet with 2 SIDES**
$25.99
Fried


**2 Fried Fish Fillets, 3 Chicken Wings with 2 SIDES**
$17.99

**4 Fried Jumbo Shrimp, 3 Chicken Wings with 2 SIDES**
$17.99


**1 Crab Cake, 2 Shrimp, 2 Scallops, 1 Fish Fillet, 2 Crab...**
$31.99
Fried


**2 Soft Shell Crabs with 2 SIDES**
$20.99


**2 Fish Fillet, 3 Stuffed Shrimp with 2 SIDES**
$24.99


**1/2lb Steamed Shrimp with 2 SIDES**
$14.99


**2 Salmon Cakes with 2 SIDES**
$15.99




## Bone Fish Only



**Black Bass Only**
$14.99
Fried



**Croaker Only**
$11.99
Fried



**Ling Only**
$11.99
Fried



**Porgy Only**
$12.99
Fried



**Spot Only**
$11.99
Fried



**Butterfish Only**
$11.99   Out of stock



**Rockfish Only**
$15.99

## Bone Fish with 2 SIDES



**Black Bass with 2 SIDES**
$19.99
Fried



**Croaker with 2 SIDES**
$16.99
Fried



**Ling with 2 SIDES**
$16.99
Fried



**Porgy with 2 SIDES**
$17.99
Fried


**Spot with 2 SIDES**
$16.99

Fried


**ButterFish with 2 SIDES**
$16.99   Out of stock


**Rockfish with 2 SIDES**
$20.99

## Fillet Fish Only


**Catfish Only**
$13.99


**Cod Only**
$12.99


**Flounder Only**
$12.99


**Grouper Only**
$16.99


**Mahi Mahi Only**
$15.99


**Ocean Perch Only**
$10.99


**Red Snapper Only**
$16.99


**Salmon Only**
$15.99


**Sea Trout Only**
$9.99


**Tilapia Only**
$9.99


**Whiting Only**
$8.99


**Rainbow Trout Only**
$15.99

## Fillet Fish with 2 SIDES


**Catfish with 2 SIDES**
$18.99


**Cod with 2 SIDES**
$17.99


**Flounder with 2 SIDES**
$17.99


**Grouper with 2 SIDES**
$21.99


**Mahi Mahi with 2 SIDES**
$20.99


**Ocean Perch with 2 SIDES**
$15.99


**Red Snapper with 2 SIDES**
$21.99


**Salmon with 2 SIDES**
$20.99



**Sea Trout with 2 SIDES**
$14.99



**Tilapia with 2 SIDES**
$14.99



**Whiting with 2 SIDES**
$13.99



**Rainbow Trout with 2 SIDES**
$20.99

## Grilled Shrimp & Scallops



**Grilled Shrimp & Scallops**
$18.99+
Served over steamed white rice

## Crab Legs



**Garlic Butter Cajun Seafood Boil**
$34.99
Crab leg, spiced shrimp, mussels, andouille chicken sausage, corn on the...



**1lb Snow Crab Legs**
$23.99



**1lb Crablegs & 1/2lb Steamed Shrimp with ONE SIDE**
$34.99

 **7 Fried Jumbo Shrimp**
$9.99

 **12 Fried Jumbo Shrimp**
$15.99

 **20 Fried Jumbo Shrimp**
$24.99

 **30 Fried Jumbo Shrimp**
$36.99

## Steamed Shrimp

 **1/2lb Jumbo Spiced Shrimp**
$9.99

 **1lb Jumbo Spiced Shrimp**
$16.99

 **2lb Jumbo Spiced Shrimp**
$32.99

## Specialty Entrées Only

 **2 PC Turkey Wings Only**
$7.99

 **4 PC Turkey Wings Only**
$14.99

 **1 PC Homemade Meatloaf Only**
$9.99

 **2 PC Homemade Meatloaf Only**
$17.99

 **Chicken Livers Only**
$7.99

 **Chicken Gizzards Only**
$7.99

 **Pork Chops Only**
$9.99

 **Salisbury Steak Only**
$9.99

 **Fried Rice**
$14.99

 **Lo Mein**
$14.99

 **Vegetable Plate**
$12.99

**2PC Pig Feet**
$8.99

**Small Chitterling**
$10.99

**Medium Chitterling**
$15.99

**Large Chitterling**
$20.99

**Family Chitterling**
$32.99

## Specialty Entrées with 2 SIDES

 **2 PC Turkey Wings with 2 SIDES**
$12.99

 **4 PC Turkey Wings with 2 SIDES**
$19.99

 **1 PC Homemade Meatloaf with 2 SIDES**
$14.99

 **2 PC Homemade Meatloaf with 2 SIDES**
$22.99

 **Chicken Livers with 2 SIDES**
$12.99

 **Chicken Gizzards with 2 SIDES**
$12.99

 **Pork Chops with 2 SIDES**
$14.99

 **Salisbury Steak with 2 SIDES**
$14.99

**Pig Feet Dinner**
$13.99

**BBQ Meatball Dinner**
$13.99

**Chitterling Dinner**
$26.99

## Chicken Only

 **3 Chicken Wings**
$6.99

 **5 Chicken Wings**
$10.99

 **8 Chicken Wings**
$15.99

 **1/4 Chicken**
$5.99



**1/2 Chicken**
$9.99



**Chicken Tenders**
$7.99

## Chicken with 2 SIDES



**3 Chicken Wings with 2 SIDES**
$11.99



**5 Chicken Wings with 2 SIDES**
$15.99



**8 Chicken Wings with 2 SIDES**
$20.99



**1/4 Chicken with 2 SIDES**
$10.99



**1/2 Chicken with 2 SIDES**
$14.99



**Chicken Tenders with 2 SIDES**
$12.99

## Buffalo Wingettes ONLY



**6 PC Buffalo Wingettes**
$7.99



**10 PC Buffalo Wingettes**
$11.99



**16 PC Buffalo Wingettes**
$17.99

## Buffalo Wingettes with 2 SIDES



**6 PC Buffalo Wingettes with 2 SIDES**
$12.99



**10 PC Buffalo Wingettes with 2 SIDES**
$16.99

## Ribs Only



**3 PC BBQ Pork Ribs**
$9.99



**5 PC BBQ Pork Ribs**
$13.99

## Ribs with 2 SIDES



**3 BBQ Pork Ribs with 2 SIDES**
$14.99



**5 BBQ Pork Ribs with 2 SIDES**
$18.99



**2 BBQ Pork Ribs, 3 Chicken Wings with 2 SIDES**
$17.99



**3 BBQ Pork Ribs, 2 Chicken Wings with 2 SIDES**
$18.99



**3 BBQ Pork Ribs, 1/4 Chicken with 2 SIDES**
$18.99



**3 BBQ Pork Ribs, 4 Jumbo Shrimp with 2 SIDES**
$19.99


**3 BBQ Pork Ribs, 2 Fish with 2 SIDES**
$19.99


**Korean Beef Short Ribs with 2 SIDES**
$23.99

Served over steamed white rice

## Sandwiches & Subs


**Blackened Fish Taco (3pc)**
$12.99

Topped with cream cheese, homemade pickled onions & cabbage and cotija...


**Blackened Shrimp Taco (3pc)**
$12.99

Topped with cream cheese, homemade pickled onions & cabbage and cotija...


**Mahi Mahi Fish Taco (3pc)**
$12.99

Topped with Brazilian pico de gallo, mexican shredded cheese with house...


**Honey Garlic Shrimp Taco (3pc)**
$12.99

Topped with carribean mango-slaw and honey garlic sauce


**Crab Cake Sandwich**
$16.99

Served on a brioche bun


**Salmon Cake Sandwich**
$8.99

Served on a brioche bun


**Crab Quesadilla**
$14.99

Made with old bay fajitas and lump crabmeat


**Fish Fillet Sandwich**
$8.99

Served on a potato bread


**Mid Atlantic Po' Boy**
$11.99

Served on a hoagie roll


**Tuna Salad Sandwich**
$8.99



**Chicken Salad Sandwich**
$8.99



**Ham Club**
$8.99
Bacon, lettuce, tomatoes, mayo



**Turkey Club**
$8.99
Bacon, lettuce, tomatoes, mayo



**Cheeseburger**
$8.99
On a burger bun



**Steak & Cheese Sub**
$8.99
Served on a hoagie roll



**Lamb Gyro**
$8.99
Served on a pita bread



**Steak & Cheese Quesadilla**
$11.99



**Chicken Quesadilla**
$11.99

**Steve's Southside Spicy Chicken Sandwich**
$10.99

## Soup



**Cream of Crab**
$6.99+



**Maryland Crab Soup**
$6.99+

## Salads


**Salmon Salad**
$15.99

Fresh grilled salmon with seafood salad


**Seafood Salad**
$11.99

Homemade seafood salad on fresh
garden salad


**Shrimp Salad**
$11.99

Homemade shrimp salad on fresh
garden salad


**Tuna World Salad**
$10.99

Tuna salad on fresh garden salad


**Grilled Shrimp Salad**
$11.99

Grilled shrimp on fresh romaine and
parmesan with caesar dressing


**Grilled Chicken Salad**
$10.99

Grilled chicken on fresh romaine and
parmesan with caesar dressing


**Chicken World Salad**
$10.99

Chicken salad on fresh garden salad


**Crispy Chicken Salad**
$10.99

Crispy chicken on fresh romaine and
parmesan with caesar dressing


**House Chef Salad**
$10.99

Ham, turkey and american cheese on
fresh garden salad


**Petite Seafood Salad**
$8.99


**Petite Shrimp Salad**
$8.99


**Petite Tuna Salad**
$7.99

 **Garden Salad**
$5.99

## Side Dishes

 **Black Eyed Peas**
$4.99+

 **Brussels Sprouts**
$4.99+

 **Cabbage Medley**
$4.99+

 **Candied Apples**
$4.99+

 **Candied Yams**
$4.99+

 **Cheesy Broccoli**
$4.99+

 **Cheesy Potato**
$4.99+

 **Coleslaw**
$3.99

 **Collard Greens**
$4.99+

 **French Fries**
$4.99+


**Home-Fried Potatoes**
$4.99+


**Hush Puppies**
$4.99+


**Macaroni & Cheese**
$4.99+


**Macaroni Salad**
$3.99


**Mango-Slaw**
$3.99


**Mashed Potatoes**
$4.99+


**Mixed Kale Greens**
$4.99+


**Potato Salad**
$3.99


**Red Skin Potatoes**
$4.99+


**Steamed Broccoli**
$4.99+


**Steamed Rice**
$4.99+


**Stir-Fried Squash**
$4.99+


**Stir-Fried Tofu**
$4.99+


**String Beans**
$4.99+


**Sweet Corn**
$4.99+


**Teriyaki String Beans**
$4.99+


**Vegetable Fried Rice**
$4.99+


**Vegetable Lo Mein**
$4.99+


**Western Fries**
$4.99+


**Pasta Salad**
$3.99

## Desserts


**Blueberry Cheese Cake**
$4.99


**New York Cheesecake**
$4.99


**Red Velvet Cheesecake**
$4.99


**Strawberry Cheesecake**
$4.99


**Turtle Cheesecake**
$4.99


**Yellow Chocolate Cake**
$5.99


**Chocolate Lovin' Spoon Cake**
$5.99


**Red Velvet Smith Island Cake**
$5.99


**Four High Carrot Cake**
$5.99


**Strawberry Shortcake**
$4.99


**Lemon Short Cake**
$4.99


**Coconut Smith Island Cake**
$5.99


**Original Carrot Cake**
$3.99


**German Chocolate Cake**
$3.99   Out of stock

**Vanilla Bean Cheese Cake**
$5.99

**Orange Cream Cake**
$5.99   Out of stock


**Apple Pie**
$3.99


**Cookies & Cream Pie**
$3.99


**Lemon Meringue Pie**
$3.99


**Pecan Pie**
$3.99



**Sweet Potato Pie**
$3.99



**Key Lime Pie**
$3.99



**3 Chocolate Chip Cookies**
$2.69

**3 White chocolate Macadamia Nut Cookies**
$2.69



**3 Snicker Doodle Cookies**
$2.69



**Banana Bread**
$3.99



**Banana Pudding**
$3.99



**Peach Cobbler**
$5.99+



**Fresh Fruits**
$6.99



**Watermelon**
$6.99     Out of stock

**Fresh Cut Pineapple**
$6.99

## Smoothies



**Build Your Own Smoothie**



**Signature Smoothies (32oz)**

## Beverages



**Bottle Soda**
$2.29

**Can Soda**
$0.99

**Everfresh 16oz**
$2.29

**Calypso Lemonade**
$2.99

**Bottle Water**
$1.99

**Fountain Drinks**
$1.99+

**Everfresh 24oz**
$3.29

**Redbull**
$2.99

**Monster**
$2.99

**Foco Coconut Juice**
$2.99

## Mid Atlantic Seafood Locations and Ordering Hours

**Laurel**
(301) 776-0805
13718 Baltimore Ave, Laurel, MD 20707
🟢 **Open now** • Closes at 9:45PM
All hours

Order online

**New Carrollton**
(301) 577-8005
8333 Annapolis Rd, New Carrollton, MD 20784
🟢 **Open now** • Closes at 8:45PM
All hours

Order online

**Hyattsville**
(301) 927-7770
3100 Queens Chapel Road, Hyattsville, MD 20782
🟢 **Open now** • Closes at 9:15PM
All hours

Order online

This site is powered by 🔴 Terms of Service | Privacy Statement | CA Privacy Statement