# EXHIBIT A

Case 1:23-cv-06016-SCJ     Document 18-4     Filed 04/12/24     Page 1 of 4

# Delaware
### The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS FILED FROM AND INCLUDING THE RESTATED CERTIFICATE OR A MERGER WITH A RESTATED CERTIFICATE ATTACHED OF "TOAST, INC." AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

RESTATED CERTIFICATE, FILED THE TWENTY-SEVENTH DAY OF JUNE, A.D. 2018, AT 9:59 O`CLOCK A.M.

CERTIFICATE OF AMENDMENT, FILED THE TWENTY-FOURTH DAY OF JANUARY, A.D. 2019, AT 11:07 O`CLOCK A.M.





Jeffrey W. Bullock, Secretary of State

5085035  8100X
SR# 20191722190
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202362959
Date: 03-04-19

CERTIFICATE OF AMENDMENT
OF
AMENDED AND RESTATED CERTIFICATE OF INCORPORATION
OF
TOAST, INC.

(Pursuant to Section 242 of the
General Corporation Law of the State of Delaware)

Toast, Inc., a corporation organized and existing under and by virtue of the provisions of the General Corporation Law of the State of Delaware (the "**General Corporation Law**").

**DOES HEREBY CERTIFY:**

1. That the name of this corporation is Toast, Inc., and that this corporation was originally incorporated pursuant to the General Corporation Law on December 22, 2011 under the name Opti Systems, Inc.

2. That the Board of Directors duly adopted resolutions proposing to amend the Amended and Restated Certificate of Incorporation of this corporation, declaring said amendment to be advisable and in the best interests of this corporation and its stockholders, and authorizing the appropriate officers of this corporation to solicit the consent of the stockholders therefor, which resolution setting forth the proposed amendment is as follows:

**RESOLVED**, that the Amended and Restated Certificate of Incorporation of this corporation be and hereby is amended as follows:

The first paragraph of Article Fourth shall be deleted in its entirety and replaced by the following in lieu thereof:

"The total number of shares of all classes of stock which the Corporation shall have authority to issue is (i) 90,000,000 shares of Common Stock, $0.000001 par value per share ("**Common Stock**"), and (ii) 33,321,276 shares of Preferred Stock, $0.000001 par value per share ("**Preferred Stock**")."

3. That the foregoing amendments were approved by the holders of the requisite number of shares of this corporation in accordance with Section 228 of the General Corporation Law.

4. That this Certificate of Amendment of Amended and Restated Certificate of Incorporation, which amends the provisions of this corporation's Certificate of Incorporation, has been duly adopted in accordance with Section 242 of the General Corporation Law.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

ACTIVE/98089790.2

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:07 AM 01/24/2019
FILED 11:07 AM 01/24/2019
SR 20190463922 - File Number 5085035

IN WITNESS WHEREOF, this Certificate of Amendment of Amended and Restated Certificate of Incorporation has been executed by a duly authorized officer of this corporation on this 24th day of January, 2019.

By: /s/ Tim Barash
Tim Barash, Secretary

[Toast, Inc. – Certificate of Amendment]